NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

ATTORNEYS FOR:  Plaintiff

FILED

10 SEP 17 PM 3: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBESWAR MOHAPATRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff(s),<br><br>v.<br><br>CHINA-BIOTICS, INC.; SONG JINAN; LI CHI YUEN a/k/a RAYMOND LI; LEWIS FAN; YAN YIHONG a/k/a EVA YAN; and TRAVIS CAI,<br><br>Defendant(s). | CASE NUMBER:<br><br>CV10 6954-DSF(JEM)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| James Costa | Plaintiff |
| CHINA-BIOTICS, INC. | Defendant |
| SONG JINAN | Defendant |
| LI CHI YUEN a/k/a RAYMOND LI | Defendant |
| LEWIS FAN | Defendant |
| YAN YIHONG a/k/a EVA YAN | Defendant |
| TRAVIS CAI | Defendant |

09/17/2010
Date

Sign

Laurence M. Rosen
Attorney of record for or party appearing in pro per

CV-30 (04/10)                          NOTICE OF INTERESTED PARTIES